# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

STEPHEN MINK,

Appellant,

v.

JAMIE MINK,

Appellee.

No. 2D2024-0304

_____

February 25, 2026

Appeal from the Circuit Court for Sarasota County; Maria Ruhl, Judge.

Angela D. Flaherty of Flaherty Law Firm, Sarasota, for Appellant.

Margaret H. White-Small, Longboat Key; and Stacy L. Haverfield of Stacy L. Haverfield, P.A., Fort Myers, for Appellee.


PER CURIAM.

Affirmed.


MORRIS, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.